UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| A.B. and J.A. on behalf of J.B., a minor, A.B., individually, J.A., individually, | CLOSED |
| | Civil Action No. 10-5938 (PGS) |
| Plaintiffs, | |
| v. | ORDER |
| VERNA GRAY CHARTER SCHOOL, et al. | |
| Defendants. | |

A Report and Recommendation was filed on May 11, 2011, recommending that this Court grant Plaintiff's motion for remand and deny Plaintiff's request for costs and attorney's fees. (ECF No. 4.) The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

It is, on this 31st day of May, 2011,

**ORDERED** that the Report and Recommendation of Magistrate Judge Esther Salas is hereby adopted as the opinion of the Court (ECF No. 18.); and it is further

**ORDERED** that Plaintiff's case is remanded to the Superior Court of New Jersey, Essex County.

/s/ Peter G. Sheridan
PETER G. SHERIDAN, U.S.D.J.

May 31, 2011